UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

Eastern District of Kentucky
F I L E D

SEP - 4 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| ANETIA BEAIR | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:11-CV-00420-KKC |
| | ) | |
| SUMMIT POLYMERS, INC. | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## AGREED ORDER DISMISSING LAWSUIT

The parties having agreed and the Court being well and sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiff's Complaint, and all claims asserted in this action by the Plaintiff, shall be and hereby are **DISMISSED** with prejudice, each party to bear its own costs and attorney's fees.

This is a final and appealable Order and there is no just cause for delay.

**SO ORDERED.**

_Karen K. Caldwell_
KAREN K. CALDWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT

**AGREED TO:**

/s/ Lee S. Archer
Lee S. Archer, Esq.
Michael A. Valenti, Esq.
Valenti Hanley & Robinson, PLLC
One Riverfront Plaza, Suite 1950
401 W. Main Street
Louisville, KY 40202
Ph. (502) 568-2100
Fax (502) 568-2101
E-Mail:  larcher@vhrlaw.com
E-Mail:  mvalenti@vhrlaw.com
***Counsel for Defendant***
***Summit Polymers, Inc.***

/s/ Michele D. Henry (with permission)
Michele D. Henry, Esq.
PRIDDY CUTLER MILLER & MEADE, PLLC
800 Republic Bldg.
429 W. Muhammad Ali Blvd.
Louisville, KY 40202
Ph. (502) 587-8600
Fax (502) 632-5273
E-Mail:  henry@pcmmlaw.com
***Counsel for Plaintiff Anetia Beair***

cc:      Counsel of Record

2